**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

United States of America,

    v.

Scott Wilson

Case No. 11-cr-1-SM-1
Opinion No. 2025 DNH 009

**O R D E R**

Even assuming family circumstances (need to care for elderly parents) provide "extraordinary and compelling reasons" supporting defendant's release from incarceration (18 U.S.C. § 3582(a)(1)(A)), as he argues, the motion cannot be granted. In deciding whether to reduce a sentence under § 3582, a court must consider the sentencing factors set out in 18 U.S.C. § 3553(a), including the nature and circumstances of the offense and the history and characteristics of the defendant. In addition, a court must consider whether the defendant poses a danger to the safety of any other person or the community.

Essentially for the reasons given by the government in its objection, it is clear that defendant poses a serious danger to the safety of other persons and the community given his pattern of engaging in criminal sexual misconduct involving the victimization of minors. The seriousness of his conduct, the risk he poses to the public, and the risk of recidivism, all militate firmly against granting relief under the provisions of 18 U.S.C. § 3582.

## Conclusion

The motion for sentence relief (doc. no. 22) under 18 U.S.C. § 3582 is necessarily denied.

**SO ORDERED.**

_____
Steven J. McAuliffe
United States District Judge

January 30, 2025

cc:  Counsel of Record
     U.S. Probation
     U.S. Marshal